1  ROBERT W. FREEMAN
Nevada Bar No. 3062
2  PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
702.893.3383
5  FAX: 702.893.3789
Attorneys for Defendant USAA Savings Bank

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ANDREW HENDRICKSON,<br><br>Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK,<br><br>Defendant. | Case No. 2:19-cv-02140<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

The parties, by and through their undersigned counsel of record, agree that Defendant USAA Savings Bank ("USAA SB") shall have an additional eight days of time from January 7, 2020 until and including January 15, 2020, in which to answer or otherwise plead or move in response to the Complaint (Doc. 1) filed in this action by Andrew Hendrickson ("Plaintiff").

This is the first extension of time requested by counsel for filing Defendant USAA SB's response to Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4852-0224-1712.1

**Reasons for Extension**

USAA SB requests a brief extension to complete their review of the averments contained in the Complaint and prepare its response. Therefore the parties have agreed to this extension. This brief extension will not prejudice any party or cause undue delay.

Dated this 6th of January, 2020                     Dated this 6th of January, 2020


/s/ *Priscilla L. O'Briant*                                  /s/ *Matthew K. Higbee*

ROBERT W. FREEMAN, ESQ.                  MATTHEW K. HIGBEE, ESQ.
Nevada Bar No. 3062                                  Nevada Bar No. 11158
PRISCILLA L. O'BRIANT, ESQ.              HIGBEE & ASSOCIATES
Nevada Bar No. 10171                                2445 Fire Mesa Street, Suite 150
LEWIS BRISBOIS BISGAARD & SMITH   Las Vegas, NV 89128
6385 S. Rainbow Blvd., Suite 600             *Attorney for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for USAA SB*

## ORDER

IT IS SO ORDERED.

Dated: January 8, 2020

_____
United States Magistrate Judge

4852-0224-1712.1